UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 3:04-CR-153 |
| ) | (Judges Phillips/Shirley) |
| MARCOS VELA, ) | |
|    also known as "Eduardo," ) | |
| ARTEMIO HERNANDEZ GARCIA, ) | |
|    also known as "Sergio Hernandez-Iturralde," ) | |
| BOLIBAR PINEDA DIAZ, ) | |
| MARIA DOLORES RENTERIA VELAZQUEZ, ) | |
| JOSEFINA CRUZ GUTIERREZ, and ) | |
| JOHN DOE, ) | |
|    also known as "Marcello." ) | |

## ORDER OF DISMISSAL

Upon motion of the United States, and for good cause shown, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, it is hereby ORDERED that the Indictment in this case as to Defendant, JOHN DOE, also known as "Marcello," is hereby dismissed without prejudice.

ENTER:

_Thomas H. Phillips_
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE